UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DISCOVERY YOGA, INC.,

    Plaintiff,

v.                                                    CASE NO. 3:17-cv-1115-J-20PDB

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation (Dkt. 15) that suggests this case be dismissed without prejudice for Plaintiff's failure to prosecute this case.

No objections were filed to the Report and Recommendation. After an independent *de novo* review of the record and upon consideration of the Report and Recommendation, this Court finds that it is not clearly erroneous or contrary to the law and adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 15) is **ADOPTED**; and

2. The Clerk is **DIRECTED** to terminate the pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of November, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

1

Copies to:
Hon. Patricia D. Barksdale

Discovery Yoga, Inc.
3 Davis Street
St. Augustine, FL 32084

Gabriel Manuel de las Salas, Esq.
The Rain Law Firm
1930 Harrison Street, Suite 506
Hollywood, FL 33020